Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Edward Carlos

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CARLOS,<br><br>                Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                Defendants. | Case No.: 5:17-cv-05420-LHK<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT WEBBANK** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Edward Carlos and defendant WebBank, by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal with prejudice of WebBank from this action upon finalization.

**SAGARIA LAW, P.C.**

Dated: December 4, 2017          By: /s/ *Elliot Gale*
                                 Elliot Gale
                                 Attorneys for Plaintiff

**DOLL AMIR & ELEY LLP**

Dated: December 4, 2017          By: /s/ *Chelsea Lynn Diaz*
                                 Chelsea Lynn Diaz
                                 Attorneys for Defendant
                                 WebBank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Chelsea Lynn Diaz has concurred in this filing.

*/s/ Elliot Gale*